UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN PETERS,<br><br>               Plaintiff,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE VISTA UNIFIED SCHOOL DISTRICT, *et al.*<br><br>               Defendants. | Civil No. 08cv1657-L(NLS)<br><br>**ORDER DENYING IN PART PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT** |

On December 5, 2008 Plaintiff filed a request for entry of default styled as Notice to Enter Default Against Guajome Park Academy et al. Plaintiff seeks entry of default against Defendants Guajome Park Academy Charter School, Board of Trustees of Guajome Park Academy, Beverly Kanawi, Margaret Tate, Margaret Giordani, Manouchehr Hadjiaghai, Stephen Halfaker, Rick Bethel and Penny Carrasco.

Federal Rule of Civil Procedure 55(a), which governs entry of default, provides in pertinent part:

> When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

Upon review of Plaintiff's filing and the returns of service, it appears that Defendants Beverly Kanawi, Manouchehr Hadjiaghai, Stephen Halfaker, and Penny Carrasco were not properly served. Service for all these Defendants was accomplished by personal delivery to Dawn Voss, Site Manager for Guajome Park Academy Charter School. (*Cf.* docket no. 10, 16, 17 & 24 with

1 docket no. 21.)  Based on Plaintiff's request for entry of default and allegations in the Amended
2 Complaint, it does not appear that any of these Defendants are currently employed by the school
3 or serve on its board of trustees.  Accordingly, the court can not conclude that these Defendants
4 were properly served.
5    For the foregoing reasons, Plaintiff's request for entry of default is **DENIED** as to
6 Defendants Beverly Kanawi, Manouchehr Hadjiaghai, Stephen Halfaker, and Penny Carrasco.
7    **IT IS SO ORDERED**.

9 DATED: December 9, 2008

_____
M. James Lorenz
United States District Court Judge

COPY TO:

HON. NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL